UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY WIELAND, ) </br> ) </br> Plaintiff(s), ) </br> ) </br> vs. ) </br> ) </br> JOHN RIGBY & CO. [GUNMAKERS], INC., ) </br> a California corporation, and ) </br> Geoffrey D. Miller, ) </br> ) </br> Defendant(s). ) | Case No. 4:09CV2100 JCH |

## **ORDER**

Upon review of the Court file, the Court notes that there has been no activity in this action since the filing of the Order issued by Judge Hamilton on **January 13, 2011**. (Doc. No. 62).

**IT IS HEREBY ORDERED** that Plaintiff shall, within fourteen (14) days of the date of this order, file appropriate motions for entry of default and for default judgment directed to **Defendant John Rigby & Co. [Gunmakers], Inc., a California corporation ("John Rigby")**, supported by all necessary affidavits and documentation, as well as proposed orders for the Court's consideration.

Failure to comply with this order may result in dismissal of Defendant John Rigby without prejudice.


Dated this 7th day of February, 2011.


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE