UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY WIELAND, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV2100 JCH |
| ) | |
| JOHN RIGBY & CO. [GUNMAKERS], INC., ) | |
| a California corporation, and ) | |
| Geoffrey D. Miller, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

This matter is before the Court upon its review of the record. In an Order entered May 10, 2011, the Court granted Plaintiff Terry Wieland until **Friday, May 27, 2011**, within which to respond to Defendant Geoffrey Miller's Motion to Compel. (Doc. No. 100). The Court warned that failure to comply might result in the dismissal of Plaintiff's Complaint without prejudice. (Id.). To date, Plaintiff has not responded to Defendant Miller's Motion to Compel.

Upon consideration of the foregoing and the record in this case,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** without prejudice.


Dated this  1st  day of June, 2011.


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE