UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY WIELAND, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:09CV2100 JCH |
| ) | |
| JOHN RIGBY & CO. [GUNMAKERS], INC., ) | |
| a California corporation, and ) | |
| Geoffrey D. Miller, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

Dated this 1st day of June, 2011.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE